1  DAVID E. SMITH SBN 070723
   Elisa R. Zitano, SBN 91819
2  **KERSHAW, CUTTER & RATINOFF, LLP**
   401 Watt Avenue
3  Sacramento, California 95864
   Telephone: (916) 448-9800
4  Facsimile: (916) 669-4499
   E-mail: dsmith@kcrlegal.com
5  Attorneys for *Plaintiffs*
   *Bruce D. Churchill and Rose L. Churchill*
6

7                    UNITED STATES DISTRICT COURT

8                    EASTERN DISTRICT OF CALIFORNIA

9

10 BRUCE D. CHRUCHILL and ROSE L.        )  Case No.: 1:09-CV-01846
   CHURCHILL,                            )
11                                       )
              Plaintiff,                 )  ORDER CONTINUING MANDATORY
12                                       )  SCHEDULING CONFERENCE DATE
       Vs.                               )
13                                       )
   UNITED STATES OF AMERICA;             )
14 DEPARTMENT OF VETERANS'               )
   ADMINISTRATION CENTRAL                )  Judge Dennis L. Beck
15 CALIFORNIA HEALTH CARE                )  Courtroom: 9
   SYSTEM; FRESNO VA HOSPITAL            )
16 and DOES 1 through 100, Inclusive,    )
                                         )
17            Defendants.                )
                                         )

18

19         The Court originally scheduled a Mandatory Scheduling Conference in this matter for

20 9:00 a.m. on January 26, 2010.   On January 21, 2010, Courtroom Clerk Mamie Hernandez

21 contacted Plaintiffs' counsel via email to confirm whether or not the Conference would take

22 place.  Plaintiffs' counsel advised Ms. Hernandez that although all Defendants have been served,

23 and those Proofs of Service had been filed with the Court, Defendants have yet to resolve issues

24 regarding representation.  Ms. Hernandez provided alternate dates the Judge would be available,

25 including March 24, 2010.  At Plaintiffs' request the Court will reschedule the Mandatory

26 Scheduling Conference in this matter to March 24, 2010, at 9:00 a.m.

27

28

                                    -1-

          [PROPOSED] ORDER RE NEW MANDATORY SCHEDULING CONFERENCE DATE

IT IS ORDERED THAT:

1.     The Scheduling Conference set for January 26, 2010, is hereby vacated.

2.     The parties shall appear at a Mandatory Scheduling Conference to be held on March 24, 2010, beginning at 9:00 a.m.  The Conference will be held in Courtroom 9 at the United States District Court Eastern District of California, 2500 Tulare Street, Fresno, CA 93721.

3.     The parties shall jointly prepare and file a proposed procedural schedule no later than March 4, 2010.

IT IS SO ORDERED.

Dated:   **January 23, 2010**                    /s/ *Dennis L. Beck*
                                                 UNITED STATES MAGISTRATE JUDGE

-2-