IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE D. CHURCHILL and ROSE L. CHURCHILL,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendants. | Case No. 1:09-cv-01846-LJO-JLT<br><br>ORDER GRANTING MOTION TO AMEND THE SCHEDULING ORDER AS TO DR. GANDHI<br><br>(Doc. 28) |

On October 13, 2010, one day after Defendant disclosed its expert witnesses, Defendant filed a motion to amend the Scheduling Order as to the expert disclosure. (Doc. 28) Though Defendant timely provided an expert disclosure and named each of its witnesses, including Dr. Ghandi, it failed to provide Dr. Ghandi's report at that time. (Doc. 28 at 2) According to the declaration of Dr. Gandhi, it appears that Dr. Ghandi was prepared to provide timely a complete expert report but, due to an emergency surgery on October 12, 2010, was unable to do so until March 13, 2010. (Doc. 28, Ex. 1 at 1) On October 13, 2010, the expert report was provided to Plaintiffs as an attachment to this current motion. (Doc. 28 at 2)

Due to the very minimal deviation from the Scheduling Order and the fact that there can be no real, substantive impact on expert discovery due to the minor delay, the Court **GRANTS**

1 Defendant's motion.

2 IT IS SO ORDERED.

3 Dated:   **October 14, 2010**               **/s/ Jennifer L. Thurston**
                                              UNITED STATES MAGISTRATE JUDGE