UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE D. CHURCHILL,<br>ROSE L. CHURCHILL,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Defendant.<br>_____/ | CASE NO. CV F 09-1846 LJO JLT<br><br>**ORDER AFTER SETTLEMENT** |

　　　Settlement has been reached in this case. Pursuant to this Court's Local Rule 160, this Court ORDERS the parties, **no later than August 30, 2011,** to file appropriate papers to dismiss or conclude this action in its entirety.

　　　This Court VACATES all pending dates and matters.

　　　Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rule 160 and Local Rule 272.

IT IS SO ORDERED.

**Dated:   July 18, 2011**　　　　　　　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE