IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE D. CHURCHILL, et al., | CASE NO. CV F 09-1846 LJO JLT |
| Plaintiffs, | **ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED** (Doc. 54.) |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

This Court's July 19, 2011 order required the parties, no later than August 30, 2011, to file appropriate papers to dismiss or conclude this action in its entirety. The parties have failed to comply with the August 30, 2011 order. As such, this Court ORDERS the parties, no later than September 26, 2011, to file and serve papers to show cause why sanctions should not be imposed upon the parties and/or their counsel for failure to dismiss timely this action. This Court will discharge this order to show cause if, no later than September 26, 2011, the parties dismiss this action in its entirety.

IT IS SO ORDERED.

Dated:   September 21, 2011            /s/ Lawrence J. O'Neill
                                      UNITED STATES DISTRICT JUDGE