# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE CHURCHILL, et al., | CASE NO. CV F 09-1846 LJO JLT |
| Plaintiffs, | **ORDER TO DISMISS AND TO CLOSE ACTION** |
| vs. | (Doc. 56.) |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

Based on the parties' stipulation for dismissal under F.R.Civ.P. 41(a)(1)(A)(ii), this Court:

1. DISMISSES with prejudice this entire action;
2. VACATES all pending matters; and
3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:   September 26, 2011**          **/s/ Lawrence J. O'Neill**
                                            UNITED STATES DISTRICT JUDGE